IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
WESTERN DIVISION

EUGENE SHEPPARD                                                                                                PLAINTIFF

VS.                                                                        CIVIL ACTION NO. 5:07-cv-14-DCB-MTP

ISSAQUENA COUNTY CORRECTIONAL
FACILITY, ET AL                                                                                              DEFENDANTS

## JUDGMENT

This matter having come on to be heard on this date upon the Report and Recommendation of the United States Magistrate Judge entered in this cause, and the Court, after a full review of the record, having adopted said Report and Recommendation as the finding of this Court by Order dated this day, finds that this matter should be dismissed without prejudice for the Plaintiff's failure to prosecute, to comply with the court's orders, and to exhaust his administrative remedies.

IT IS, THEREFORE, ORDERED AND ADJUDGED that the above captioned cause be, and the same is hereby, dismissed without prejudice.

SO ORDERED this the    18th    day of February, 2008.


                                                                        s/ David Bramlette
                                                                UNITED STATES DISTRICT JUDGE